PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 19 2008
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| Name of Offender: Larry Walker | Case Number: 4:03-CR000121-001 JMM |

Name of Sentencing Judicial Officer:   Honorable James M. Moody
United States District Judge

Offense:   Health care fraud

Date of Sentence:   June 3, 2004

Sentence:   18 months Bureau of Prison, 3 years supervised release, 6 months home confinement, financial disclosure, $238,814.20 restitution, and $100 special penalty assessment

Conditions modified on October 22, 2007, to six months home confinement with the use of an electronic monitoring unit

Type of Supervision:   Supervised release            Date Supervision Commenced: November 29, 2005
                                                                                  Expiration Date: November 28, 2008

Asst. U.S. Attorney: Karen D. Whatley          Defense Attorney: Kathleen V. Compton

U.S. Probation Officer: Audrene J. Ellis
Phone No.: 501-604-5281

---

## PETITIONING THE COURT

The defendant shall pay $100 per month towards his restitution balance.

## CAUSE

Mr. Walker has a restitution balance of $238,445.20. Mr. Walker has submitted partial restitution payments in the following months: October, November, and December 2007; January and February 2008. Mr. Walker's expenses have exceeded his income, and he has been unable to remit restitution payments at a rate of ten percent of his gross monthly income.

Enclosed is the Probation Form 49, Waiver of Hearing, signed by the defendant. Defense Counsel Kathleen V. Compton was contacted and was in agreement with the above-mentioned modification request.

Prob 12B     -2-     Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Larry Walker     Case Number: 4:03-CR000121-001 JMM

*Audrene Ellis* (signature)     *Karen D. Whatley* (signature)

Audrene J. Ellis     Karen D. Whatley
U.S. Probation Officer     Assistant U.S. Attorney

Date: March 14, 2008     Date: 3/18/08

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*James M. Moody* (signature)
Signature of Judicial Officer
3/19/08
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

*Alan Schoenel* (signature)
Supervising U.S. Probation Officer

AJE/kyj

c: Defense Attorney, Kathleen V. Compton, 114 South Pulaski Street, Little Rock, AR 72201
    Assistant U.S. Attorney, Karen D. Whatley, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay $100 per month towards his restitution balance.

Witness: _Audrene Ellis_         Signed: _Larry Walker_
U.S. Probation Officer                   Probationer or Supervised Releasee

_3/5/08_
DATE